Dear Abel Acosta;

DATE: 3/28/15

Time 8p.m.

11:07 WRIT OF HEBEAS Corpus

QUESTION

81,795-02

ON 1/20/2015 I received AN official NOTIE FROM THE Court OF CRIMINAL APPEALS OF TEXAS. INFORMATION ON IT SHOWS THE DATE MY NAME AND NUMBERS THAT GOES AS FOLLOW: Tr. Ct. No. 1317556-B     WR-81,795-02.

SINCE I HAVEN'T RECEIVED ANY FOLOW-UP NOTICE ① Question Is the Court STILL ~~HAS IT~~ REVIEWING IT? If so ② Question CAN I receive ANY copy of the Status of Events of the Court? THANK You FOR YOUR Time

PS: ALSO INCLUDE ANY results OF FINAL DETERMINATION IN ~~Quet~~ Question 2 ABOVE. ALSO THE OPINION! of COURT

THANKS
GODBLESS

A.L.D. Checo

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 02 2015

Abel Acosta, Clerk

CR 1-1 FILE